# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: the Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. | D.C. Case No. 1:06CV01817<br><br>Judge Reggie B. Walton<br><br>Removed from:<br>District Court of Tulsa County,<br>State of Oklahoma,<br>Case No. PT-2002-56 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

The Trust Company of Oklahoma, denominated in the initial pleading as a Defendant herein, respectfully submits this certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for The Trust Company of Oklahoma, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Trust Company of Oklahoma which have any outstanding securities in the hands of the public.

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                             RONALD J. SAFFA AND THE TRUST
                                                             COMPANY OF OKLAHOMA
                                                             By Counsel

LECLAIR RYAN, A Professional Corporation

By: _____/s/_____

Jennifer L. Sarvadi  (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of November, 2006, a true and correct copy of the foregoing was sent by first-class, postage-prepaid, U.S. mail to:

>Stephen E. Wallace
>6528 E. 101st Street, D-1 #304
>Tulsa, Oklahoma  74133
>*Pro Se*
>
>Patricia Wallace Hastings
>2934 E. 73rd Pl.
>Tulsa, Oklahoma  74136
>
>Joan Godlove, Esq.
>2121 S. Columbia, Suite 500
>Tulsa, OK 74114-3519
>
>William R. Grimm, Esq.
>Barrow & Grimm, P.C.
>610 South Main, Ste. 300
>Tulsa, Oklahoma  74119-1248
>
>Kenneth E. Crump, Jr., Esq.
>Cooper, McKinney & Woosley, PLLP
>401 South Boulder Ave.
>3300 MidContinent Tower
>Tulsa, Oklahoma  74103
>
>Reuben Davis, Esq.
>Boone, Smith, Davis, Hurst & Dickman, P.C.
>500 ONEOK Plaza
>100 West 5th St.
>Tulsa, Oklahoma  74103

                                              /s/
                                              Counsel