UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: the Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. | D.C. Case No. 1:06CV01817<br>Judge Reggie B. Walton<br><br>Removed from:<br>District Court of Tulsa County,<br>State of Oklahoma,<br>Case No. PT-2002-56 |

## ORDER

This matter comes before the court on the purported removal to this Court of Case No. PT-2002-56 pending in the District Court of Tulsa County, State of Oklahoma. Also before the Court is the Motion to Remand by Trust Company of Oklahoma (Doc. 4). With respect to this purported removal the Court finds as follows:

1. The notice of removal is invalid on its face. *See* 28 U.S.C §§ 1441 and 1446.

2. Case No. PT-2002-56 is pending in the District Court of Tulsa County, State of Oklahoma and cannot properly be removed to the United States District Court for the District of Columbia. *See* 28 U.S.C. §§ 1441 and 1446.

3. Case No. PT-2002-56 has been pending in state court for more than four years and Stephen P. Wallace's Notice of Removal is untimely pursuant to 28 U.S.C. § 1446.

4. This Court lacks subject matter jurisdiction over Case No. PT-2002-56.

5. The Notice of Removal was filed for the improper purpose of delaying the state court proceedings.

THE COURT THEREFORE ORDERS that the Notice of Removal and Complaint (Doc. 1) is STRICKEN AS INVALID AND INEFFECTIVE to remove Case No. PT-2002-56. The Clerk of the Court is directed to send a certified copy of this order to the Clerk for the

District Court of Tulsa County, State of Oklahoma, 2nd Floor Tulsa County Courthouse, 500 S. Denver, Tulsa, Oklahoma 74103-3832.

THE COURT FURTHER ORDERS that costs and expenses, including attorney fees shall be awarded to Trust Company of Oklahoma pursuant to 28 U.S.C. § 1447(c) upon a proper showing of the costs and expenses actually incurred by Trust Company of Oklahoma as a result of the purported removal.

IT IS SO ORDERED.

Dated this ___ day of November, 2006.

_____
Reggie B. Walton
United States District Judge


Prepared and submitted by:

Jennifer L. Sarvadi (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)
COUNSEL FOR PETITIONERS
THE TRUST COMPANY OF OKLAHOMA and
RONALD J. SAFFA

Notice of this Order shall be given to the following:

>Stephen P. Wallace
>6528 E. 101st Street, D-1 #304
>Tulsa, Oklahoma 74133
>*Pro Se Respondent*
>
>Patricia Wallace Hastings
>2934 E. 73rd Pl.
>Tulsa, Oklahoma 74136
>*Pro Se Respondent*
>
>Joan Godlove, Esq.
>2121 S. Columbia, Suite 500
>Tulsa, OK 74114-3519
>*Counsel for Respondent Mary Roma Jage*
>
>William R. Grimm, Esq.
>Barrow & Grimm, P.C.
>610 South Main, Ste. 300
>Tulsa, Oklahoma 74119-1248
>*Counsel for Respondents John Woolman et al.*
>
>Kenneth E. Crump, Jr., Esq.
>Cooper, McKinney & Woosley, PLLP
>401 South Boulder Ave.
>3300 MidContinent Tower
>Tulsa, Oklahoma 74103
>*Counsel for Respondents Poe & Associates, et al.*
>
>Reuben Davis, Esq.
>Boone, Smith, Davis, Hurst & Dickman, P.C.
>500 ONEOK Plaza
>100 West 5th St.
>Tulsa, Oklahoma 74103
>*Counsel for Tulsa County Sheriff Stanley Glanz*
>
>Jennifer L. Sarvadi (D.C. Bar No. 490475)
>225 Reinekers Lane, Suite 700
>Alexandria, VA 22314
>703-684-8007
>703-684-8075 (facsimile)
>Registered for notice by CMECF
>jennifer.sarvadi@leclairryan.com