# Exhibit "4"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORICE T. WALLACE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 02-CV-417 |
| | ) (Tulsa County Adv. Case No. PT-2000-21) |
| TRUST COMPANY OF OKLAHOMA and RONALD SAFFA, | ) ) ) |
| Defendants. | ) ) |

FILED
JUN 7 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**ORDER**

This matter comes before the Court on the purported removal to federal court of six separate pending state court actions under a single case number. That single case number, 02-CV-417, which was assigned to the undersigned judicial officer on June 5, 2002, purports to embody the following six pending state court actions: PG-99-556, PT-2000-21, CJ-2000-1684, PT-2000-44, CJ-2000-1900, and PG-2002-225. Since each state action is distinct, the Court will address each case separately.

With respect to the above-captioned state action, PT-2000-21, the Court has reviewed the notice of removal and, based upon such review, finds as follows: (1) the notice of removal is infirm on its face, see Fed. R. Bankr. P. 9027; (2) the notice of removal undertakes to join this state case with five other pending state actions into a single federal case, which is improper under the Federal Rules of Civil Procedure pertaining to joinder, see Fed. R. Civ. P. 20, and contrary to applicable law pertaining to removal, see 28 U.S.C. § 1446; and (3) in light of the history of wrongful filings and abuse of process in this matter, as well as a prior order of this Court dealing

1

20

specifically with three of the six actions listed on the purported notice of removal, see Order of December 19, 2001 in case 01-CV-880, the Court finds that equity demands that this and all the other purportedly removed cases be remanded to state court under 28 U.S.C. § 1452.

For the reasons stated above, the Court must remand this matter to the District Court of Tulsa County pursuant to 28 U.S.C. § 1447(c). The Court hereby orders the Court Clerk to remand this case, state case number PT-2000-21, along with the five other purportedly removed state cases, which are each embedded in federal case number 02-CV-419, to the District Court in and for Tulsa County.

IT IS SO ORDERED.

This 7TH day of June, 2002.

Sven Erik Holmes
United States District Judge