**Exhibit "5"**

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In RE: WALLACE, STEPHEN P., )<br>)<br>Debtor, )<br>)<br>)<br>)<br>_____ )<br>)<br>STEPHEN P. WALLACE, an individual )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>THE TRUST COMPANY OF )<br>OKLAHOMA, an Oklahoma Corporation, )<br>RONALD J. SAFFA, an individual, )<br>and THF-SEAY L.L.C., a Missouri )<br>limited liability company )<br>)<br>Defendants. ) | Banker No.01-019481-TS<br><br>**FILED**<br>DEC 13 2001<br>Phil Lombardi, Clerk<br>U.S. DISTRICT COURT<br><br>**01CV0917B (J)**<br><br>Adversary Case No. 01CC-002466<br>Removal Case From<br>CIRCUIT COURT OF THE<br>COUNTY OF ST. LOUIS,<br>STATE OF MISSOURI |

NOTICE OF REMOVAL OF CASE

**COMES NOW** the Debtor/Plaintiff, Stephen Paul Wallace, pro, se, and hereby gives notice, under Bankruptcy rule 9027 (a) (2) of his removal of the above styled case and claims as set out below from the Circuit Court of the County of St. Louis, State of Missouri, to the United States District Court for the Northern District of Oklahoma and combined with the above bankruptcy transferred there. In support thereof, the Plaintiff states as follows:

1. Removal of the following case and claims as set out above is hereby made:01CC-002466 pending in the Division 4 of the Circuit Court of the County of St. Louis, State of Missouri.

*forms fees pd no s/I c/s*

2. Previously the Plaintiff caused service of a summons and Petition on the above cited case thus commencing an action in the Circuit Court of the County of St. Louis, State of Missouri. Thereafter the Defendants answered and filed their counterclaims.

3. Debtor/Plaintiff Stephen P. Wallace wishes to proceed pro se due to conflicts with counsel arising out of this case until such time as those conflicts may be resolved by this Court.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 and/or supplemental jurisdiction pursuant to 28 U.S.C. §1367. This action may be removed pursuant to 28 U.S.C. §1441, in that the matter in controversy surrounds and exceeds the sum of $75,000.00, exclusive of interest and costs and relates to core proceedings under the bankruptcy code. Pursuant to 28 U.S.C §1441 and §1446, removal of the above-captioned action to this Court is appropriate.

5. This removal has been timely filed pursuant to Bankruptcy Rule 9027(a)(2).

6. The Defendant states as additional grounds that under Section 362 of the Bankruptcy Code the Debtor's right to the benefit of the contracts which form the substance of this dispute is a protected right under the bankruptcy code. Section 541 defines "property" as "*all legal or equitable interest of the debtor in property as of the commencement of the case.*"

7. This U.S. District Court has jurisdiction of the Debtor's claims against the parties in the above case.[1] Under 28 U.S.C. §157 "*core proceedings*" include, but are not limited to: "*the [counter] claims by the estate against persons filing claims against the estate*". Here, the controversy involves both *property* of the Debtor's estate and

---

[1] U.S. District Judges may hear and determine all cases under title 11 and all core proceedings arising under title 11 or arising in a case under title 11 ... *157.

*matters* that will affect the administration of the bankruptcy estate. 28 U.S.C. §157, *In re World Wines, Ltd.* (77 BR 653 (1987, BC ND Ill).

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on the Defendants in this action and filed with the Circuit Court of Cook County, Illinois County Department, Law Division for Cook County Department, Law Division for St. Louis County, State of Missouri.

9. Debtor/Plaintiff reserves the right to amend or supplement his Notice or Removal.

10. That under Bankruptcy Rule 9027 (3)(C), *"promptly after filing the notice of removal, the party filing the notice shall file a copy of it with the clerk of the court from which the claim or cause of action is removed. Removal of the claim or cause of action is effected on such filing of a copy of the notice of removal. The parties shall proceed no further in that court [the removed court]…"*.

WHEREFORE, this Court has original jurisdiction pursuant to Bankruptcy Rule 9027 and 28 U.S.C. §1332 and 28 U.S.C. §1441 that this action may be removed.

Dated this 13th day of December, 2001.

Respectfully Submitted,

Stephen P. Wallace, Pro Se
5500 N. Western #100A
Oklahoma City, OK 73118
Phone: (405) 767-0404
Fax: (405) 767-0909

## CERTIFICATE OF MAILING

I hereby certify that on the 28th day of November, 2001, I mailed a true and correct copy of the above and foregoing document with postage fully pre-paid to all parties listed below:

Attorney for Trust Company of Oklahoma:
James C. Milton, Esq.
Doerner, Saunders, Daniel & Anderson
320 South Boston Ave., Ste. 500
Tulsa, OK 74103
Phone: (918) 591-5229
Fax:   (918) 591-5362

Attorney for Trust Company of Oklahoma & Ronald J. Saffa:
Mark Belz, Esq. (#27420)
7777 Bonhomme, Ste. 1710
St. Louis, MO 63105
Phone: (314) 863-0200
Fax:   (314) 863-4247

Attorney for Ronald J. Saffa:
Lee I. Levinson, Esq.
Bodenhamer & Levinson, P.A.
5310 East 31st Street, Ste. 1100
Tulsa, OK 74135-5004
Phone: (918) 664-0800
Fax:   (918) 663-5327

Attorney for THF-Seayco:
Bradley A. Winters, Esq. (#29867)
Sonnenschein, Nath & Rosenthal
One Metropolitan Square, Ste. 3000
St. Louis, MO 63102
Phone: (314) 241-1800
Fax:   (314) 259-5959

_____
Stephen P. Wallace, Trustee of the
Stephen P. Wallace Living Trust,
Dated January 19, 1999
Assignee of ALL INTERESTS