# Exhibit "13"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES COURTS**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**
NOV 19 2004

MICHAEL N. MILBY, CLERK OF COURT

| | |
|---|---|
| *Notice of Removal erroneously captioned as* § § § IN RE BANK ONE, N.A., INTERIM § SUCCESSOR TRUSTEE, § § Plaintiff, § § vs. § § FRANK A. WALLACE REVOCABLE § TRUST DATED DECEMBER 24, 1974, § AND AS AMENDED, DEFENDANT § BENEFICIARIES, § § Defendants. § § § *Attempting to remove state* § *court litigation captioned as* § § IN RE FRANKLIN A. WALLACE § REVOCABLE TRUST DATED § DECEMBER 16, 1974, AND AS § AMENDED. § | CIVIL ACTION NO. H-04-3131 |

<u>MEMORANDUM AND ORDER</u>

Pending are Bank One, N.A. and The Trust Company of Oklahoma's Joint Motion to Remand (Document No. 7) and Stephen P. Wallace's Emergency Motion to Strike James C. Milton's Motion to Remand (Document No. 12). After having carefully reviewed the motions, responses, and the applicable law, the Court concludes that the

motion to strike should be denied and the motion to remand should be granted.[1]

Bank One, N.A. ("Bank One") brought this action in the District Court of Tulsa County, Oklahoma ("state court") as a petition for guidance and construction of the Franklin A. Wallace Revocable Trust ("Revocable Trust") pursuant to Oklahoma statutory law. Stephen P. Wallace ("Wallace"), an interested party, filed a number of objections in opposition to Bank One's petition. The state court overruled Wallace's objections and granted Bank One's petition. In the course of construing the Revocable Trust, the state court removed Wallace from his position as trustee of the related Lisa Frances Wallace Supplemental Needs Trust ("Lisa Trust"), and replaced Wallace with The Trust Company of Oklahoma ("Trust Company").

Shortly after the state court made final the order replacing Wallace with Trust Company, Wallace removed the entire action to the United States District Court for the Southern District of Texas, which is not a federal district within which Bank One's

---

[1] Also pending are Bank One, N.A. and the Trust Company of Oklahoma's Joint Motion to Strike Summons and Return of Service (Document No. 13), and several additional motions filed by Stephen P. Wallace: Motion for Consolidation (Document No. 1); Motion for Finding of Contempt (Document No. 3); Emergency Motions for Expedited Hearing and for Ruling for Finding of Contempt (Document No. 4); Second Emergency Motion for Expedited Hearing and for Finding of Contempt Via Oral Argument (Document No. 5); and Motion to Vacate Two Facially Void Orders Interposed into These Proceedings by James C. Milton's [sic] (Document No. 15). In light of the remand of this case to state court, all other pending motions are DENIED as MOOT.

2

state court action was pending. See 28 U.S.C. § 1446(a). Bank One and Trust Company move to remand for lack of subject matter jurisdiction.[2]

Wallace has wholly failed to show any basis for federal jurisdiction over this case. Bank One's state court petition for construction of a trust pursuant to state law contains no obvious or latent federal question. Nor does Wallace argue that complete diversity exists between the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs. Indeed, it appears that both Wallace and Trust Company--who stand at odds with each other in this case--are citizens of Oklahoma.[3] Accordingly, it is

ORDERED that Stephen P. Wallace's Emergency Motion to Strike James C. Milton's Motion to Remand (Document No. 12) is DENIED; and it is further

ORDERED that Bank One, N.A.'s and The Trust Company of Oklahoma's Joint Motion to Remand (Document No. 7) is GRANTED, and this case is REMANDED to the District Court of Tulsa County,

---

[2] Wallace identifies no meritorious basis for striking Bank One's and Trust Company's Joint Motion to Remand, and Wallace's Emergency Motion to Strike (Document No. 12) is therefore DENIED.

[3] Although Bank One and Trust Company request that the Court impose sanctions on Wallace for abusive and frivolous litigation, which well may be deserved, they did not file a separate motion required by Fed. R. Civ. P. 11(c)(1)(A). See Elliot v. Tilton, 64 F.3d 213, 216 (5th Cir. 1995). The request for sanctions is DENIED, but Wallace is warned not to engage again in frivolous filings or removals of cases to this Court.

Oklahoma pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

The Clerk will mail a certified copy of this Order to the Clerk of the District Court of Tulsa County, Oklahoma, as required by 28 U.S.C. § 1447, and shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 17th day of November, 2004.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

4

# Exhibit "14"

**FILED**

**OCT 1 2 2004**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN RE: Ronald J. Saffa and Trust Company of Oklahoma, )
Interim successor trustees, )
)
Plaintiffs )
) CASE NO.
)
vs. ) JURY TRIAL
) DEMANDED
LORICE T. WALLACE REVOCABLE TRUST
Dated December 26, 1974.

Defendant Beneficiary

CASE NUMBER 1:04CV01730
JUDGE: Richard W. Roberts
DECK TYPE: Civil Rights (non-employment
DATE STAMP: 10/12/2004

**JURY ACTION**

## NOTICE OF FILING OF NOTICE OF REMOVAL
## AND MOTION FOR CONSOLIDATION

COMES NOW, Lisa F. Wallace, a developmentally disabled person, by and through her next friend Stephen P. Wallace, and Stephen P. Wallace, individually, both vested beneficiaries and defendants of the above-styled Trust and offer judicial notice to the Court, opposing litigants and their counsel, that the above-styled case previously filed in Tulsa County, Case No. PT-2002-56 has been removed to the United States District Court for the District of Columbia under authority of **28 U.S.C.A. 1441 (b)**. "**Any civil action of which the district court have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties,**" including all documents of record on the enclosed CD-ROM, and also move the Court to **consolidate** this case with U.S. District of Columbia Case No. 1:04CV01717.

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok 74133
(918) 694-1870

1

1

## VERIFICATION

I, Stephen P. Wallace, affirm the above statements are true and correct to the best of my knowledge relying on *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

_____
Stephen P. Wallace

STATE OF OKLAHOMA        )
                         ) SS.
COUNTY OF TULSA          )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument.

Given under my hand and official seal this ___7___ day of October, 2004.

_____
Notary Public

My Commission Expires:
_April 30, 2008_
(Notarial Seal)
My Commission No.: _____

OFFICIAL SEAL
MARGARITE O'BANNON
NOTARY PUBLIC – OKLAHOMA
TULSA COUNTY
My Comm. Expires April 30, 2008

## CERTIFICATE OF SERVICE

I certify that on the __11__ day of October, 2004, I mailed, hand-delivered or faxed a copy to:

Judge Gregory Frizzell            James Poe                James Milton
District Judge – Tulsa County     111 W. 5th St.           320 S. Boston
500 S. Denver                     Tulsa, OK 74103          Tulsa, OK 74103
Tulsa, Oklahoma

_____
Stephen P. Wallace

2

UNITED STATES COURT OF APPEAL
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT - 8 2004

RECEIVED

# UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT DISTRICT OF COLUMBIA

Ref. Case No. 1:04-CV-713

In Re: Lisa F. Wallace, a developmentally disabled person, by and through her next friend, Stephen P. Wallace, et al.,

Pauperis/Pro Se Petitioners

CASE NO: 04-5293

VS.

United States District Court for the District of Columbia
Ex rel. Ellen Huvelle,

Respondent

## REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF FRAUD PERPETRATED UPON THE COURT AND PAUPERIS/PRO SE PETITIONERS

COMES NOW Lisa F. Wallace, a developmentally disabled person, by and through her next friend, Stephen P. Wallace and Stephen P. Wallace, individually, and request the Court take judicial notice of fraud perpetrated upon the Court and Pauperis/pro se petitioners and in support thereof state and allege as follows:

1. Petitioners filed their Petition for Writ of Mandamus on August 19, 2004.

2. Petitioners were fraudulently induced and allegedly extorted by Tulsa County District Judge Gregory Frizzell to dismiss the Appeal in which he was a Defendant. (Exhibit A)

3. Petitioners were further fraudulently induced and allegedly extorted by Tulsa County District Judge Gregory Frizzell to dismiss the underlying case in which he was a Defendant. (Exhibit B)

EXHIBIT
/

4.  Petitioners/ due process rights to the Appeal were available until September 27, 2004, but have been circumvented and critically compromised by the fraudulent inducement of Tulsa County District Judge Gregory Frizzell. (Exhibit C)

Wherefore Pauperis/pro se Petitioners seek instructions from this Appellate Court based upon the void dismissals of record.

_____
Stephen P. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

## VERIFICATION

I, Stephen P. Wallace, affirm the above statements are true and correct to the best of my knowledge relying on *Haines v. Kerner, 404 U.S. 519, 520 (1972)*.

STATE OF OKLAHOMA    )
                     ) SS.
COUNTY OF TULSA      )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 29th day of September 2004.

_____
Notary Public

My Commission Expires:
July 1, 2008
(Notarial Seal)
My Commission No.: 8248

2

## CERTIFICATE OF SERVICE

I certify that on the 11th day of October 2004, I mailed, hand-delivered and faxed a copy to:

U.S. Attorney                          All served Defendants
For Federal Defendants
District of Columbia
Washington, D.C.

*/s/ Stephen P. Wallace*
Stephen P. Wallace

[Stamp: COURT OF APPEALS / OF COLUMBIA CIRCUIT / SEP - 8 2004 / RECEIVED]

**UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT DISTRICT OF COLUMBIA**

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
         Pauperis/Pro Se Plaintiffs, )
)
V. )   CASE NO: 04-5293
)
Department of Human Services, et al, )
         Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

*[signature]*
Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

## VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

*[signature]*
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA  )
                    ) SS:
COUNTY OF TULSA    )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

*[signature]*
Notary Public

[Notary Seal: JULIE FULT / My Commission Expires / 2008 / Commission No.: 8248 / TULSA COUNTY OKLAHOMA]

**EXHIBIT A**

*Original file – stamped in red – see Racer/Pacer for confirmation*

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
          Pauperis/Pro Se Plaintiffs, )
)
V. )    CASE NO: 1:04CV00713
)
Department of Human Services, et al, )
          Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

*/s/ Stephen P. Wallace*
Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

## VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

*/s/ Stephen P. Wallace*
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA  )
                           ) SS:
COUNTY OF TULSA      )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

*/s/ Julie Fulton*
Notary Public

My Commission Expires: July 1, 2008
(Notarial Seal)
My Commission No.: 8248

**EXHIBIT B**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 04-5293                                    September Term, 2003

04cv00713

Filed On:

In re: Lisa F. Wallace a developmentally disabled person, by and through her next of friend and Stephen P. Wallace, as next of friend to Lisa F. Wallace,

    Petitioners



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   AUG 2 6 2004

CLERK

### ORDER

Because petitioners have not paid the appellate docketing fee in this case, it is

ORDERED, on the court's own motion, that by September 27, 2004, petitioners either pay the $250.00 appellate docketing fee to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit or file motions for leave to proceed on appeal in forma pauperis. Petitioners' failure to comply with this order will result in dismissal of the petition for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioners by certified mail, return receipt requested, and by first class mail.

                                    FOR THE COURT:
                                    Mark J. Langer, Clerk

BY: _____
       Scott H. Atchue
       Deputy Clerk

Enclosures:
1) Motion for Leave to Proceed on Appeal In Forma Pauperis

EXHIBIT C

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

IN RE: Ronald J. Saffa and Trust Company of Oklahoma, )
Interim successor trustees, )
                                                   ) Case No. PT-2002-56
              Plaintiffs )
vs. ) Chief Judge Gillert
LORICE T. WALLACE REVOCABLE TRUST ) Judge Frizzell
Dated December 26, 1974. )
             Defendant Beneficiary )

### REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE THAT DEFENDANT BENEFICIARY HAS PURGED CONTEMPT OF COURT CHARGES AND MOTION FOR ORDER DISMISSING CITATION FOR CONTEMPT

Comes now Stephen P. Wallace, and requests the Court to take Judicial Notice that Defendant Beneficiary has dismissed the U.S. District Court Case No. 1: 04CV-713 in the District of Columbia (Exhibit A) and the U.S. Court of Appeals for the D.C. Circuit-District of Columbia Case No. 04-5293 (Exhibit B).

Wallace further moves the Court for an ORDER dismissing the Citation for Contempt charges, sua sponte and instanter, to avoid witnesses from traveling out of town as these trial proceedings are moot.

Verification

I swear and affirm that the information is true to the best of my knowledge.

State of Oklahoma
County of Tulsa

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74137
(918) 694-18



## Certificate of Service

I hereby certify that on this 8th day of September 2004, a copy was hand delivered to:

James Poe
Covington & Poe
111 West 5th, Suite 740
Tulsa, OK 74103

James Milton
Doerner Saunders
320 S. Boston
Tulsa, OK 74103

Judge Gregory Frizell
Tulsa, County

*Stephen P. Wallace*
Stephen P. Wallace

COURT OF APPEALS
OF COLUMBIA CIRCUIT

SEP - 8 2004

RECEIVED

# UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT DISTRICT OF COLUMBIA

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
                Pauperis/Pro Se Plaintiffs, )
                                                          )
V.                                           )   CASE NO: 04-5293
                                             )
Department of Human Services, et al, )
                          Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

*Stephen P. Wallace*
Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

## VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

*Stephen P. Wallace*
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA   )
                            ) SS:
COUNTY OF TULSA     )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

*Julie Fulton*
Notary Public

My Commission Expires:
April 1, 2008
(Notarial Seal)
Commission No.: 8248

EXHIBIT
A

*Original file - stamped in red - see Racer/Pacer for confirmation*

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

LISA F. WALLACE, a developmentally disabled person, )
by and through her next friend, STEPHEN P. WALLACE; )
STEPHEN P. WALLACE, et al. )
          Pauperis/Pro Se Plaintiffs, )
)
V. )   CASE NO: 1:04CV00713
)
Department of Human Services, et al, )
          Defendants. )

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs and dismiss their Complaint/Petition without prejudice.

_____
Lisa F. Wallace, by and through her next friend,
Stephen P. Wallace, et al.
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma 74133
(918) 694-1870

### VERIFICATION

I, Stephen P. Wallace, Trustee and an undersigned Plaintiff and next friend of Plaintiff, Lisa F. Wallace, in the above captioned case, do hereby solemnly swear, affirm and verify that the foregoing information in the instrument is true and correct to the best of my knowledge and belief.

_____
Lisa F. Wallace, by Stephen P. Wallace

STATE OF OKLAHOMA  )
                         ) SS:
COUNTY OF TULSA     )

I, the undersigned Notary Public, in and for the County and State aforesaid, do hereby certify Stephen P. Wallace, personally known to me to be the same person whose name is subscribed to the foregoing instrument. Given under my hand and official seal this 8th day of September 2004.

_____
Notary Public

My Commission Expires: July 1, 2008
(Notarial Seal)
My Commission No.: 8248

**EXHIBIT B**

# Exhibit "15"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD J. SAFFA, <u>et al.</u>, <br><br> Plaintiffs, <br><br> v. <br><br> LORICE T. WALLACE REVOCABLE TRUST, <br><br> Defendant. | Civil Action No. 04-1730 (RWR) |

### ORDER

Lisa F. Wallace, through her next friend Stephen P. Wallace, has filed in this Court a notice of removal of a civil action that had been previously filed in state court in Tulsa, Oklahoma. A state court civil action that may be removed to a United States District Court must be removed to the United States District Court for the district and division embracing the place where the state court action was pending. 28 U.S.C. § 1441(a). Wallace may not remove a civil action filed in Oklahoma to the United States District Court for the District of Columbia. Therefore, it is hereby

ORDERED that leave to file the Notice of Removal be, and hereby is, DENIED. This case is administratively closed.

SIGNED this 9th day of November, 2004.

_____
RICHARD W. ROBERTS
United States District Judge