# Exhibit "17"

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: the Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | D.C. Case No. 1:06CV01817<br>Judge Reggie B. Walton<br><br>Removed from:<br>District Court of Tulsa County,<br>State of Oklahoma,<br>Case No. PT-2002-56 |

## <u>DECLARATION OF JAMES C. MILTON</u>

1.    My name is James C. Milton.  I make this Declaration based upon my personal knowledge.

2.    I am an attorney licensed to practice law in the State of Oklahoma, in the U.S. District Courts for the Northern, Western, and Eastern Districts of Oklahoma, in the U.S. Court of Appeals for the Tenth Circuit, and in the U.S. Supreme Court.  I am a partner with the law firm of Doerner, Saunders, Daniel & Anderson, L.L.P.

3.    I am counsel of record for The Trust Company of Oklahoma ("Trust Company") in a number of litigation matters involving Stephen Paul Wallace, including but not limited to *In re Lorice T. Wallace Revocable Trust, et al.*, Case No. PT-2002-56, in the District Court of Tulsa County, State of Oklahoma.

4.    Trust Company and Ronald J. Saffa are co-Petitioners in Tulsa County Case No. PT-2002-56.

5.    The purpose of this Declaration is to identify certain exhibits to a Motion to Remand that Trust Company and Mr. Saffa have directed to be filed in the above-captioned litigation.

1

6.     Exhibit "1" to the Motion to Remand is a true and correct copy of the notice of removal filed by Mr. Wallace in N.D. Okla. Case No. 4:01-CV-00880-SEH-PJC, attempting removal of four state-court actions including Tulsa County Case No. PT-2000-21, which was a predecessor trust administration action to Tulsa County Case No. PT-2002-56.  On Wednesday, November 8, 2006, I downloaded Exhibit "1" from the CM/ECF database maintained by the United States Courts.

7.     Exhibit "2" to the Motion to Remand is a true and correct copy of the December 19, 2001 Order entered by the U.S. District Court in N.D. Okla. Case No. 4:01-CV-00880-SEH-PJC.  On Wednesday, November 8, 2006, I downloaded Exhibit "2" from the CM/ECF database maintained by the United States Courts.

8.     Exhibit "3" to the Motion to Remand is a true and correct copy of the notice of removal filed by Mr. Wallace in N.D. Okla. Case No. 4:02-CV-00417-SEH-SAJ, again attempting removal of Tulsa County Case No. PT-2000-21.  On Wednesday, November 8, 2006, I downloaded Exhibit "3" from the CM/ECF database maintained by the United States Courts.

9.     Exhibit "4" to the Motion to Remand is a true and correct copy of the June 7, 2002 Order entered by the U.S. District Court in N.D. Okla. Case No. 4:02-CV-00417-SEH-SAJ. On Wednesday, November 8, 2006, I downloaded Exhibit "4" from the CM/ECF database maintained by the United States Courts.

10.     Exhibit "5" to the Motion to Remand is a true and correct copy of the notice of removal filed by Mr. Wallace in N.D. Okla. Case No. 01-CV-00917-B(J), attempting removal of a state-court action that Mr. Wallace had filed in Missouri state courts.  On Wednesday, November 8, 2006, I downloaded Exhibit "5" from the CM/ECF database maintained by the United States Courts.

11.    Exhibit "6" to the Motion to Remand is a true and correct copy of the January 28, 2002 Order entered by the U.S. District Court in N.D. Okla. Case No. 01-CV-00917-B(J).  On Wednesday, November 8, 2006, I downloaded Exhibit "6" from the CM/ECF database maintained by the United States Courts.

12.    Exhibit "7" to the Motion to Remand is a true and correct copy of the June 17, 2004 Order entered by the U.S. District Court for the Northern District of Oklahoma, imposing sanctions against Mr. Wallace including, among other things, filing restrictions for the purpose of preventing "the further filing of frivolous or malicious actions by Wallace."  On Wednesday, November 8, 2006, I downloaded Exhibit "7" from the CM/ECF database maintained by the United States Courts.

13.    Exhibit "8" to the Motion to Remand is a true and correct copy of the December 21, 2004 General Order entered by the U.S. District Court for the Northern District of Oklahoma, establishing a miscellaneous docket number for the purpose of administering the filing restrictions against Mr. Wallace.  On Wednesday, November 8, 2006, I downloaded Exhibit "8" from the CM/ECF database maintained by the United States Courts.

14.    Exhibit "9" to the Motion to Remand is a true and correct copy of the July 15, 2005 Order entered by the U.S. District Court for the Northern District of Oklahoma, further clarifying the filing restrictions against Mr. Wallace.  On Wednesday, November 8, 2006, I downloaded Exhibit "9" from the CM/ECF database maintained by the United States Courts.

15.    Exhibit "10" to the Motion to Remand is a true and correct copy of the April 11, 2005 Order entered by the U.S. District Court for the Northern District of Oklahoma, expanding the filing restrictions against Stephen P. Wallace "to apply to any case filed in any court and subsequently transferred to the Northern District of Oklahoma."  On Wednesday, November 8,

2006, I downloaded Exhibit "10" from the CM/ECF database maintained by the United States Courts.

16.     Exhibit "11" to the Motion to Remand is a true and correct copy of the notice of removal filed by Mr. Wallace in S.D. Tex. Case No. H-04-4403, attempting removal of Tulsa County Case No. PT-2002-56 – the same state-court case that is purportedly removed in the above-captioned federal-court action.  On Wednesday, November 8, 2006, I downloaded Exhibit "11" from the CM/ECF database maintained by the United States Courts.

17.     Exhibit "12" to the Motion to Remand is a true and correct copy of the November 23, 2004 Order entered by U.S. District Judge Nancy F. Atlas in S.D. Tex. Case No. H-04-4403. On Wednesday, November 8, 2006, I downloaded Exhibit "12" from the CM/ECF database maintained by the United States Courts.

18.     Exhibit "13" to the Motion to Remand is a true and correct copy of the November 19, 2004 Order entered by the U.S. District Court in S.D. Tex. Case No. 4:04-CV-03131, remanding Tulsa County Case No. PT-2003-46 to the District Court of Tulsa County.   On Wednesday, November 8, 2006, I downloaded Exhibit "13" from the CM/ECF database maintained by the United States Courts.

19.     Exhibit "14" to the Motion to Remand is a true and correct copy of the notice of removal filed by Mr. Wallace in the U.S. District Court for the District of Columbia, initiating Case No. 1:04-CV-01730-RWR.  The October 12, 2004 notice of removal attempted removal of Tulsa County Case No. PT-2002-56 – the same state-court case that is purportedly removed in the above-captioned federal-court action.  On Wednesday, November 8, 2006, I downloaded Exhibit "14" from the CM/ECF database maintained by the United States Courts.

20.     Exhibit "15" to the Motion to Remand is a true and correct copy of the November 9, 2004 Order entered by U.S. District Judge Richard W. Roberts in Case No. 1:04-CV-01730-

RWR.  On Wednesday, November 8, 2006, I downloaded Exhibit "15" from the CM/ECF database maintained by the United States Courts.

21.    Exhibit "16" to the Motion to Remand is a true and correct copy of the September 11, 2002 Petition for Instructions filed in the District Court of Tulsa County, State of Oklahoma, initiating Tulsa County Case No. PT-2002-56.  I prepared, signed, and filed the September 11, 2002 Petition for Instructions.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 8th day of November, 2006.

James C. Milton