United States District Court
District of Columbia

| | | |
|---|---|---|
| In re: The Lorice T. Wallace Revocable | ) | |
| Trust dated December 26th, 1974, as | ) | |
| restated effective October 5th 1993 | ) | |
| and as amended on February 12th, 1998, | ) | |
| the Lorice T. Wallace Irrevocable Trust | ) | |
| dated February 8th, 1996, and the Lorice | ) | |
| T. Wallace Irrevocable Trust date | ) | |
| September 11th, 1992, also known as the | ) | |
| Lorice T. Wallace Life Insurance Trust. | ) | |
| | ) | |
| Vs. | ) | Case number 1:06CV01817 |
| | ) | |
| Stephen P. Wallace, et al. | ) | |
| | ) | |
|     respondents, | ) | |
| vs. | ) | |
| | ) | |
| James C. Milton, | ) | |
| James E. Poe, | ) | |
| Ronald J. Saffa, | ) | |
| Gregory K. Frizzell, | ) | |
| James M. Inhofe, | ) | |
| Jack Kirkpatrick, | ) | |
|     and | ) | |
| Guaranty Abstract, a corporation | ) | |
|     domestic to the state of | ) | |
|     Oklahoma, | ) | |
| Trust Company of Oklahoma, it shareholders | ) | |
|     and directors, | ) | |
| | ) | |
|     defendants on cross-claim. | ) | |

**Stephen P. Wallace objects and moves to strike the paper submitted by Jennifer L. Sarvadi styled as "MOTION TO REMAND AND BRIEF IN SUPPORT"**

Ground for objection

Ms. Sarvadi imposes on this court to consider remand of Stephen P. Wallace's

interested party status in this instant case. Sarvadi purports to plead on behalf of The

1

Trust Company of Oklahoma and Ronald J. Saffa; however, The Trust Company of Oklahoma and Ronald J. Saffa have failed or refused to enter an appearance in this instant case. The Trust Company of Oklahoma and Ronald J. Saffa lack standing to move the Court. Saffa and the Trust Company of Oklahoma have not even been served yet.

<u>Brief in support of motion to strike</u>

Ms. Sarvadi's paper styled as "**MOTION TO REMAND AND BRIEF IN SUPPORT**" imposes on this Court to consider voluminous matters *which are not of-record. Sarvadi, like Messrs Saffa, Milton, Poe, and Frizzell consider the unverified, undocumented theories, and conclusory allegations of bar associates as statements of fact while, in effect calling the competent testimony and authenticated evidence of pro se litigants "frivolous."*

<u>Conclusion</u>

Determination by this Court that the Trust Company of Oklahoma and Ronald J. Saffa have failed or refused to enter an appearance in this instant case and/or that Jennifer L. Sarvadi has tendered for this Court's consideration of dozens of alleged facts which are not of-record justly requires denial of the motion to remand as legally insufficient to invoke the Court's power to act favorably at Sarvadi's request.

Prepared and submitted by: _____

Stephen P. Wallace
6528 E. 101st D-304
Tulsa, Oklahoma 74133
(918) 694-1870

2

## Certificate of service

I, Stephen P. Wallace, certify that November 24th, 2006, I mailed a true and correct copy of the above and foregoing objection and motion to strike to: Jennifer L. Sarvadi, 225 Reinekers Lane, Suite 700, Alexandria, Virginia 22314.

*Stephen P. Wallace*

Stephen P. Wallace

Copies to:

Senator Ted Kennedy
2400 J.F.K. Building
Boston, Massachusetts 02203

Congressman John Conyers, Jr.
2615 West Jefferson
Trenton, Michigan 48183

Congressman John Sullivan
5727 South Lewis Avenue, Suite 520
Tulsa, Oklahoma 74105-7146

Associate Justice Stephen G. Breyer, Chair
Judicial Conduct and Disability Act Study Committee
Supreme Court of the United States
One First Street N.E.
Washington, DC 20543

Congressman Christopher Shays
10 Middle Street, 11th Floor
Bridgeport, CT 06604-4223