## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: the Lorice T. Wallace Revocable Trust dated December 26, 1974, as restated effective October 5, 1993 and as amended on February 12, 1998, the Lorice T. Wallace Irrevocable Trust dated February 8, 1996, and the Lorice T. Wallace Irrevocable Trust dated September 11, 1992, also known as the Lorice T. Wallace Life Insurance Trust, and the Lisa Frances Wallace Discretionary Spendthrift Trust. | ) ) ) ) D.C. Case No. 1:06CV01817 ) Judge Reggie B. Walton ) ) Removed from: ) District Court of Tulsa County, ) State of Oklahoma, ) Case No. PT-2002-56 |

### OPPOSITION TO STEPHEN P. WALLACE'S
### MOTION TO SHOW CAUSE (DOC. NO. 23)

State-court Petitioners The Trust Company of Oklahoma and Ronald J. Saffa respectfully submit this Memorandum in Opposition to state-court Respondent Stephen P. Wallace's November 29, 2006 Motion to Show Cause (Doc. No. 23). For their Response, the Petitioners respectfully reference, adopt, and incorporate their November 10, 2006 Memorandum in Opposition (Doc. No. 22) to Mr. Wallace's October 31, 2006 Motion to Show Cause (Doc. No. 3). For the reasons stated in the November 10, 2006 Memorandum in Opposition (Doc. No. 22), Mr. Wallace's November 29, 2006 Motion to Show Cause (Doc. No. 23) should be denied.

        RONALD J. SAFFA AND THE TRUST
        COMPANY OF OKLAHOMA
        By Counsel

LECLAIR RYAN, A Professional Corporation

By: _____/s/_____

Jennifer L. Sarvadi (D.C. Bar No. 490475)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007
703-684-8075 (facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of December, 2006, a true and correct copy of the foregoing was sent by first-class, postage-prepaid, U.S. mail to:

>Stephen E. Wallace
>6528 E. 101st Street, D-1 #304
>Tulsa, Oklahoma  74133
>*Pro Se*
>
>Patricia Wallace Hastings
>2934 E. 73rd Pl.
>Tulsa, Oklahoma  74136
>
>Joan Godlove, Esq.
>2121 S. Columbia, Suite 500
>Tulsa, OK 74114-3519
>
>William R. Grimm, Esq.
>Barrow & Grimm, P.C.
>610 South Main, Ste. 300
>Tulsa, Oklahoma  74119-1248
>
>Kenneth E. Crump, Jr., Esq.
>Cooper, McKinney & Woosley, PLLP
>401 South Boulder Ave.
>3300 MidContinent Tower
>Tulsa, Oklahoma  74103
>
>Reuben Davis, Esq.
>Boone, Smith, Davis, Hurst & Dickman, P.C.
>500 ONEOK Plaza
>100 West 5th St.
>Tulsa, Oklahoma  74103

                                    /s/
                                    Counsel