AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

v.

James Milton, et al

**SUMMONS IN A CIVIL CASE** RBW

CASE NUMBER: 1:06 cv 1817

TO: (Name and address of Defendant)

William Grimm
c/o Barrow & Grimm, P.C.
610 S. Main
Tulsa, Ok 74119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
pro se

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

T. Davis

By) DEPUTY CLERK

JAN - 9 2007

DATE


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign in

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 0306 3030 0002 7329 0590
Detailed Results:

• **Delivered, January 11, 2007, 8:38 am, TULSA, OK 74103**
• **Acceptance, January 10, 2007, 5:48 pm, OKLAHOMA CITY, OK 73120**

< Back          Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*(Please Print Clearly)* William Grimm
670 S. Main
Tulsa, Ok 74119

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0590

VILLAGE BR
OKLAHOMA CITY OK
Postmark
Here
JAN 10 2007
73120 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[X] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
(See Reverse)

PS Form 152, May 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Stephen P. Wallace, et al*

V.

*James Milton, et al*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)   *James Poe*
*111 W. 5th. #740*
*Tulsa, Ok  74103*

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFF'S ATTORNEY** *pro se* (name and address)

*Stephen P. Wallace*
*6528 E. 101st D-1 #304*
*Tulsa, Ok. 74133*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        OCT 23 2006

CLERK

By) DEPUTY CLERK    *Janetta Stewart-Cureton*        DATE

Case 1:06-cv-01817-RBW    Document 32    Filed 01/17/2007    Page 4 of 38

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0682
Detailed Results:

- **Delivered, January 11, 2007, 8:15 am, TULSA, OK 74103**
- **Arrival at Unit, January 11, 2007, 7:48 am, TULSA, OK 74103**
- **Acceptance, January 10, 2007, 5:45 pm, OKLAHOMA CITY, OK 73120**

( < Back )                    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Stephen C. Wallace, et al*

v.

*James Milton, et*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)

*Guaranty Abstract Co.
320 S. Boulder
Tulsa, Okla. 74103*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*pro se

Stephen C. Wallace
6528 E. 101st D-1 #301
Tulsa, OK 74133*

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 2 3 2006

CLERK                                                                    DATE

*(signature)*

(By) DEPUTY CLERK



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0675
Detailed Results:

- **Delivered, January 11, 2007, 1:15 pm, TULSA, OK 74103**
- **Arrival at Unit, January 11, 2007, 7:49 am, TULSA, OK 74103**
- **Acceptance, January 10, 2007, 5:46 pm, OKLAHOMA CITY, OK 73120**

( < *Back* )          ( *Return to USPS.com Home* > )

Track & Confirm

Enter Label/Receipt Number.

...........................................

( *Go* > )

---



**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( *Go* > )

---

**POSTAL INSPECTORS**        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

**SUMMONS IN A CIVIL CASE** RBW

v.

James Milton, et al.

CASE NUMBER: 1:06cv1817

TO: (Name and address of Defendant) David Peterson
Tulsa County Courthouse
500 S. Denver
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
pro se

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                          JAN - 9 2007

CLERK                                                            DATE

T. Davis

(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0514
Detailed Results:

- **Delivered, January 11, 2007, 7:45 am, TULSA, OK 74103**
- Acceptance, January 10, 2007, 5:49 pm, OKLAHOMA CITY, OK 73120

( < Back )                    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

....................................................

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*David Peterson*
*500 S Denver*
*Tulsa City OK  74103*

**DELIVERY CONFIRMATION NUMBER:**
0306 3030 0002 7329 0514

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                    (See Reverse)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Stephen P. Wallace, et al*

**SUMMONS IN A CIVIL CASE**

v.

*James Milton, et al*

CASE NUMBER: 1:06 cv 1817 RBW

TO: (Name and address of Defendant)

*Kenneth L. Buettner*
*3412 Meadow View Rd*
*Edmond, OK  73013*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *Pro se* (name and address)

*Stephen P. Wallace*
*6528 E. 101st, D-1 #304*
*Tulsa, Ok. 74133*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    JAN - 9 2007

_____          _____
CLERK                                                     DATE

*T. Davis*
(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign in

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 3030 0002 7329 0477
Detailed Results:

- Delivered, January 11, 2007, 12:59 pm, EDMOND, OK 73013
- Arrival at Unit, January 11, 2007, 8:47 am, EDMOND, OK 73013
- Enroute, January 10, 2007, 10:14 pm, OKLAHOMA CITY, OK 73125
- Acceptance, January 10, 2007, 5:50 pm, OKLAHOMA CITY, OK 73120

( < Back )                    ( Return to USPS.com Home > )

---

#### Track & Confirm

Enter Label/Receipt Number.

........................................

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   Jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*Kenneth Buettner*
*3412 Meadow View Rd*
*Edmond OK 73013*

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ **Priority Mail™ Service**
☐ **First-Class Mail™ parcel**
☐ **Package Service parcel**
(See Reverse)

PS Form 152, May 2002

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0477

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al.

SUMMONS IN A CIVIL CASE  RBW

V.

James Milton, et al.

CASE NUMBER:  1:06 cv 1817

TO: (Name and address of Defendant)

Brad Henry - Govenor's Office
State Capitol Bldg.
2300 N. Lincoln Blvd.
Oklahoma City, OK  73105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)  pro se

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          JAN - 9 2007

CLERK                                            DATE

T. Davis

(By) DEPUTY CLERK

Case 1:06-cv-01817-RBW    Document 32    Filed 01/17/2007    Page 12 of 38

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 3030 0002 7329 0484
Detailed Results:

- **Delivered, January 11, 2007, 9:02 am, OKLAHOMA CITY, OK 73105**
- **Arrival at Unit, January 11, 2007, 8:25 am, OKLAHOMA CITY, OK 73105**
- **Enroute, January 10, 2007, 10:14 pm, OKLAHOMA CITY, OK 73125**
- **Acceptance, January 10, 2007, 5:58 pm, OKLAHOMA CITY, OK 73120**

( < Back )              ( Return to USPS.com Home > )

**Track & Confirm**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

Brad Henry
2300 N. Lincoln Blvd #212
OKC, OK 73105

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0484

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 152, May 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Stephen P. Wallace, et al*

**SUMMONS IN A CIVIL CASE**

v.

*James Milton, et al*

CASE NUMBER   1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

**TO:** (Name and address of Defendant)

*Ronald Saffa*
*3501 S. Yale*
*Tulsa, Ok. 74135*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Stephen P. Wallace*
*6528 E. 101st Dr. #304*
*Tulsa, Ok 74133*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

OCT 2 3 2006

DATE

(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0620
Detailed Results:

- **Delivered, January 11, 2007, 10:04 am, TULSA, OK 74135**
- **Arrival at Unit, January 11, 2007, 7:45 am, TULSA, OK 74135**
- **Acceptance, January 10, 2007, 5:47 pm, OKLAHOMA CITY, OK 73120**

( < Back )          ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**POSTAL INSPECTORS**
Preserving the Trust
site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER:

0306 3030 0002 7329 0620

Ronald Siffa
3501 S. Yale
Tulsa, Ok 74135

VILLAGE BR
OKLAHOMA CITY
Postmark
Here

JAN 10 2007

73120 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al.

**SUMMONS IN A CIVIL CASE** 1713 W

V.

James Milton, et al

CASE NUMBER: 1:06 cv 1817

TO: (Name and address of Defendant)

G. Reuban Davis
c/o Boone, Smith, Davis
500 Oneok Plaza
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
pro se

Stephen P. Wallace
4528 E. 101,st D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN - 9 2007
                                           JAN - 9 2007
CLERK

T. Davis                                   DATE
(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0552
Detailed Results:

- **Delivered, January 11, 2007, 8:38 am, TULSA, OK 74103**
- **Acceptance, January 10, 2007, 5:49 pm, OKLAHOMA CITY, OK 73120**

< Back          Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

**POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

SUMMONS IN A CIVIL CASE  RBW

v.

James Milton, et al

CASE NUMBER: 1:06 cv 1817

TO: (Name and address of Defendant)

David Fist
c/o Rosenstein, Fist & Ringold
525 S. Main
Tulsa, Okla. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, Okla. 74133

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JAN - 9 2007

CLERK

T. Davis

DATE

(By) DEPUTY CLERK


**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0491
Detailed Results:

• **Delivered, January 11, 2007, 7:48 am, TULSA, OK 74103**
• Acceptance, January 10, 2007, 5:58 pm, OKLAHOMA CITY, OK 73120

( < Back )                    ( Return to USPS.com Home > )



Track & Confirm

Enter Label/Receipt Number.

( Go > )

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

SUMMONS IN A CIVIL CASE

V.

James Milton, et.

CASE NUMBER    1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)    Trust Co. of Oklahoma,
its Shareholders, & Directors
Two Warren Place #1900
Tulsa, Ok. 74136    two l

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Stephen P. Wallace
4528 E. 101st D., #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

OCT 23 2006

DATE

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 3030 0002 7329 0668
Detailed Results:

* Delivered, January 11, 2007, 12:49 pm, TULSA, OK 74136
* Arrival at Unit, January 11, 2007, 8:33 am, TULSA, OK 74136
* Acceptance, January 10, 2007, 5:53 pm, OKLAHOMA CITY, OK 73120

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

**Notification Options**

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )



---

**POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    Jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

**SUMMONS IN A CIVIL CASE**

V.

James Milton, et al

CASE NUMBER   1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

**TO:** (Name and address of Defendant)

Gregory Frizzell
500 S. Denver Room #706
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen P. Wallace
6528 E. 101st D-1 #704
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 23 2006

CLERK                                         DATE

(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign in

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 3030 0002 7329 0644
Detailed Results:

- **Delivered, January 11, 2007, 7:45 am, TULSA, OK 74103**
- **Acceptance, January 10, 2007, 5:54 pm, OKLAHOMA CITY, OK 73120**

‹ Back    Return to USPS.com Home ›

Track & Confirm

Enter Label/Receipt Number.

Go ›

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go ›

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0644

Gregory Frizzell
500 S. Denver
Tulsa, Ok 74103

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

Postmark Here — VILLAGE, OKLAHOMA CITY — JAN 10 2007 — 73120 USPS

PS Form 152, May 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

**SUMMONS IN A CIVIL CASE**

V.

James Milton, et al

CASE NUMBER: 1:06 cv 1817 RBW

TO: (Name and address of Defendant)

Paul Mindeman Estate
3432 E. 61st
Tulsa, Ok 74136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

pro se

Stephen P. Wallace
4528 E. 101st, D-1 #304
Tulsa, Ok 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DATE    JAN - 9 2007

CLERK

T. Davis

(By) DEPUTY CLERK


**UNITED STATES POSTAL SERVICE**₀

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0613
Detailed Results:

- **Delivered, January 11, 2007, 12:38 pm, TULSA, OK 74136**
- **Arrival at Unit, January 11, 2007, 8:33 am, TULSA, OK 74136**
- **Acceptance, January 10, 2007, 5:55 pm, OKLAHOMA CITY, OK 73120**

< Back                          Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

..........................................

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS    site map   contact us   government services   Jobs   **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*Paul Mindeman Estate*
*3432 E. 41st*
*Tulsa Ok 74134*

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0613

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002                          (See Reverse)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Stephen P. Wallace, et al*

**SUMMONS IN A CIVIL CASE**

V.

*James Milton, et al*

CASE NUMBER   1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)

*James M. Inhofe
1924 S. Utica #530
Tulsa, Okl. 74104*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *pro se* (name and address)

*Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, Okl. 74133*

an answer to the complaint which is served on you with this summons, within _____ *20* _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

OCT 23 2006

DATE



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0637
Detailed Results:

- **Delivered, January 11, 2007, 8:46 am, TULSA, OK 74104**
- **Arrival at Unit, January 11, 2007, 7:54 am, TULSA, OK 74104**
- **Acceptance, January 10, 2007, 5:54 pm, OKLAHOMA CITY, OK 73120**

( < Back )                    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

James Inhofe
1924 S. Utica #530
Tulsa Ok 74104

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ Priority Mail™ Service
☑ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

DELIVERY CONFIRMATION NUMBER:
0306 3030 0002 7329 0637

VILLAGE BR
OKLAHOMA CITY OK
Postmark
Here
JAN 10 2007
73120 USPS

PS Form 152, May 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

**SUMMONS IN A CIVIL CASE** RBW

v.

James Milton, et al

CASE NUMBER: 1:06 cv 1817

TO: (Name and address of Defendant)

Ronald Shaffer
Tulsa County Courthouse
500 S. Denver
Tulsa, Ok 74133

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

pro se

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JAN - 9 2007

CLERK

DATE

T. Davis

(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign in

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 3030 0002 7329 0507
Detailed Results:

- **Delivered, January 11, 2007, 7:45 am, TULSA, OK 74103**
- **Acceptance, January 10, 2007, 5:57 pm, OKLAHOMA CITY, OK 73120**

< Back >          < Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

< Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   < Go >

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

SUMMONS IN A CIVIL CASE  R 13 W

V.

James Milton, et al

CASE NUMBER:

TO: (Name and address of Defendant)

W. A. Drew Edmondson
Office of the Attorney General
313 N.E. 21st
Oklahoma City, Ok 73105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

pro se

Stephen P. Wallace
6528 E.101st D-1 #304
Tulsa, Ok

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JAN - 9 2007

CLERK

T. Davis

DATE

(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0521
Detailed Results:

- **Delivered, January 11, 2007, 9:03 am, OKLAHOMA CITY, OK 73105**
- **Arrival at Unit, January 11, 2007, 8:25 am, OKLAHOMA CITY, OK 73105**
- **Enroute, January 10, 2007, 10:14 pm, OKLAHOMA CITY, OK 73125**
- **Acceptance, January 10, 2007, 5:57 pm, OKLAHOMA CITY, OK 73120**

( < Back )                    ( Return to USPS.com Home > )

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 **POSTAL INSPECTORS**        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Track & Confirm

Enter Label/Receipt Number.

( Go > )



## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*Please Print Clearly* W/A Drew Edmondson
313 N.E. 21st
OKC OK 73105

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**DELIVERY CONFIRMATION NUMBER:** 0306 3030 0002 7329 0521

Postmark
Here

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

SUMMONS IN A CIVIL CASE  RBW

V.

James Milton et al

CASE NUMBER: 1:06cv1817

TO: (Name and address of Defendant)

Reece Morvell
3501 S. Yale
Tulsa, Ok. 74135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
pro se

Stephen P. Wallace
4528 E. 101st D-1 #304
Tulsa, Ok 74133

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DATE  JAN - 9 2007

CLERK

T. Davis

(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 0306 3030 0002 7329 0545
Detailed Results:

- **Delivered, January 11, 2007, 10:04 am, TULSA, OK 74135**
- **Arrival at Unit, January 11, 2007, 7:44 am, TULSA, OK 74135**
- **Acceptance, January 10, 2007, 5:52 pm, OKLAHOMA CITY, OK 73120**

( < Back )          ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

_____

( Go > )

### Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0545

*(Please Print Clearly)*
Bill Maxwell
3501 S. Yale
Tulsa, Ok 74135

VILLAGE BR
OKLAHOMA
Postmark
Here
OK
2007
73120 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web-site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

*(See Reverse)*

PS Form 152, May 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al.

SUMMONS IN A CIVIL CASE    RBW

V.

James Milton, et al

CASE NUMBER:  1:06 cv 1817

TO: (Name and address of Defendant)

Adam Adwon
7018 S. Sandusky
Tulsa, Ok. 74136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

pro se

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JAN - 9 2007
JAN - 9 2007

CLERK

T. Davis

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

**SUMMONS IN A CIVIL CASE** *RBW*

V.

James Milton, et al

CASE NUMBER: 1:06 cv 1817

TO: (Name and address of Defendant)

John Woolman
c/o Woolman Properties
1215 E. 33rd
Tulsa, Ok. 74105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*pro se*

Stephen P. Wallace
4528 E. 101st, D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          JAN - 9 2007

_____                          _____
CLERK                                            DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

SUMMONS IN A CIVIL CASE  RBW

V.

James Milton, et al

CASE NUMBER: 1:06 cv 1817

TO: (Name and address of Defendant)

Kenneth Crump
c/o Cooper McKinney & Woosley
401 S. Boston
Tulsa, Ok 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
pro se

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok 74133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          JAN - 4 2007

_____                                 _____
CLERK                                           DATE

T. Davis
(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **0306 3030 0002 7329 0583**
Detailed Results:

- **Delivered, January 11, 2007, 8:15 am, TULSA, OK 74103**
- Arrival at Unit, January 11, 2007, 7:48 am, TULSA, OK 74103
- Acceptance, January 10, 2007, 5:56 pm, OKLAHOMA CITY, OK 73120

( ‹ Back )          ( Return to USPS.com Home › )

Track & Confirm

Enter Label/Receipt Number.

( Go › )

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go › )



**POSTAL INSPECTORS**    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

Kenneth Crump
401 S. Boston
Tulsa, Ok. 74103

DELIVERY CONFIRMATION NUMBER:
0306 3030 0002 7329 0583

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access Internet website at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

VILLAGE BR
OKLAHOMA CITY, OK
Postmark
Here
JAN 10 2007
73120 USPS

PS Form 152, May 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

**SUMMONS IN A CIVIL CASE**

v.

James Milton, et al

CASE NUMBER: 1:06 cv 1817 RBW

TO: (Name and address of Defendant)

Patrick Malloy III
c/o Malloy & Malloy Law
111 W. 5th
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
pro se

Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____     JAN - 9 2007
CLERK                          DATE

T. Davis
(By) DEPUTY CLERK

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0002 7329 0606
Detailed Results:

- Delivered, January 11, 2007, 8:15 am, TULSA, OK 74103
- Arrival at Unit, January 11, 2007, 7:48 am, TULSA, OK 74103
- Acceptance, January 10, 2007, 5:55 pm, OKLAHOMA CITY, OK 73120

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



### U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

Patrick Madlay III
111 w. 5th
Tulsa, OK 74103

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail™ parcel
☐ Package Services parcel
(See Reverse)

Postmark
VILLAGE BR
OKLAHOMA CITY OK
JAN 10 2007
73120 USPS

PS Form 152, May 2002

DELIVERY CONFIRMATION NUMBER:
0306 3030 0002 7329 0606