UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN P. WALLACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES C. MILTON, | ) | |
| JAMES E. POE, | ) | |
| RONALD J. SAFFA, | ) | |
| GREGORY K. FRIZZELL, | ) | |
| JAMES M. INHOFE, | ) | Case No. 1:06-cv-01817-RBW |
| | ) | |
| JACK KIRKPATRICK, | ) | |
| 320 South Boston Avenue | ) | |
| Tulsa, Oklahoma 74103, | ) | |
| | ) | |
| GUARANTY ABSTRACT COMPANY, | ) | |
| 320 South Boston Avenue | ) | |
| Tulsa, Oklahoma 74103, | ) | |
| | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Trevor W. Swett, III and James P. Wehner, of Caplin & Drysdale, as counsel for defendants Jack Kirkpatrick and Guaranty Abstract Company.

Respectfully submitted,

/s/ James P. Wehner
Trevor W. Swett, III, D.C. Bar No. 367305
James P. Wehner, D.C. Bar No. 454823
**CAPLIN & DRYSDALE, CHARTERED**
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
(202) 429-3301 (facsimile)

*Attorneys for Defendants Jack Kirkpatrick and Guaranty Abstract Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of January, 2007, a copy of the foregoing Notice of Appearance was filed electronically. Service will be made by operation of the court's electronic filing system. In addition, the foregoing was mailed, with proper postage thereon, to:

Stephen P. Wallace
6528 East 101st Street,
D-1, Apt. #304
Tulsa, Oklahoma 74133

/s/ James P. Wehner
James P. Wehner