UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06-cv-01817-RBW |
| | ) |
| JAMES C. MILTON, *et al.* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT GUARANTY ABSTRACT COMPANY'S
DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

We, the undersigned, counsel of record for Guaranty Abstract Company, certify that to the best of our knowledge and belief, Guaranty Abstract Company, which is a privately held Oklahoma corporation, does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ James P. Wehner
Trevor W. Swett, III, D.C. Bar No. 367305
James P. Wehner, D.C. Bar No. 454823
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
(202) 429-3301 (facsimile)

*and*

<u>OF COUNSEL</u>

Joel L. Wohlgemuth, OBA# 9811
R. Jay Chandler, OBA # 1603
Briana J. Ross, OBA# 21038
NORMAN WOHLGEMUTH CHANDLER & DOWDELL
2900 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4023
(918) 583-7571
(918) 584-7846 (facsimile)

*Attorneys for Defendants Jack Kirkpatrick and Guaranty Abstract Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of January, 2007, a copy of the foregoing disclosure was filed electronically. Service will be made by operation of the Court's electronic filing system. In addition, the foregoing was mailed, with proper postage thereon, to:

Stephen P. Wallace
6528 East 101st Street,
D-1, Apt. #304
Tulsa, Oklahoma 74133

/s/ James P. Wehner
James P. Wehner