UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES C. MILTON, *et al.* )<br>)<br>Defendants. ) | Case No. 1:06-cv-01817-RBW |

### MOTION OF DEFENDANTS JACK KIRKPATRICK AND GUARANTY ABSTRACT COMPANY FOR ADMISSION *PRO HAC VICE* OF JOEL L. WOHLGEMUTH, R. JAY CHANDLER, AND BRIANA J. ROSS

Pursuant to LCvR 83.2(d), defendants, Jack Kirkpatrick and Guaranty Abstract Company ("Defendants"), respectfully move this Court for an Order admitting Joel L. Wohlgemuth, R. Jay Chandler, and Briana J. Ross, of the firm Norman Wohlgemuth Chandler & Dowdell of Tulsa, Oklahoma, to this Court *pro hac vice* for the purpose of representing Defendants as co-counsel in the above-styled matter. In support of this Motion, Defendants state as follows:

1. Mr. Wohlgemuth is an experienced attorney practicing in the state and federal courts of Oklahoma. He is a member in good standing of the Oklahoma Bar, and is also admitted to the United States District Court for the Northern and Western Districts of Oklahoma, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court. Mr. Wohlgemuth's Declaration, in compliance with LCvR 83.2(d), is attached hereto as Exhibit A.

2. Mr. Chandler is an experienced attorney practicing in the state and federal courts of Oklahoma. He is a member in good standing of the Oklahoma Bar, and is also admitted to the United States District Court for the Northern and Eastern Districts of Oklahoma, and the United

States Court of Appeals for the Tenth Circuit. Mr. Chandler's Declaration, in compliance with LCvR 83.2(d), is attached hereto as Exhibit B.

3. Ms. Ross is an experienced attorney practicing in the state and federal courts of Oklahoma. She is a member in good standing of the Oklahoma Bar, and is also admitted to the United States District Court for the Northern District of Oklahoma. Ms. Ross's Declaration, in compliance with LCvR 83.2(d), is attached hereto as Exhibit C.

4. None of them has been the subject of any past disciplinary actions in any court, and no disciplinary actions are presently pending against them in any jurisdiction.

5. Trevor W. Swett, III and James P. Wehner of Caplin & Drysdale have been duly and regularly admitted to practice in this Court. Mr. Swett and Mr. Wehner serve as Defendants' local counsel in this civil action.

6. Pursuant to LCvR 7(m), Mr. Chandler has attempted to confer with plaintiff by telephone but has been unable to reach him and determine whether he opposes this motion.

WHEREFORE, defendants, Jack Kirkpatrick and Guaranty Abstract Company, respectfully request that this Court enter an Order admitting Joel L. Wohlgemuth, R. Jay Chandler, and Briana J. Ross *pro hac vice* for purposes of this action.

Respectfully submitted,

/s/ James P. Wehner
Trevor W. Swett, III, D.C. Bar No. 367305
James P. Wehner, D.C. Bar No. 454823
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
(202) 429-3301 (facsimile)

*and*

OF COUNSEL

Joel L. Wohlgemuth, OBA# 9811
R. Jay Chandler, OBA # 1603
Briana J. Ross, OBA# 21038
NORMAN WOHLGEMUTH CHANDLER & DOWDELL
2900 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4023
(918) 583-7571
(918) 584-7846 (facsimile)

*Attorneys for Defendants Jack Kirkpatrick and Guaranty Abstract Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of January, 2007, a copy of the foregoing Motion of Defendants Jack Kirkpatrick and Guaranty Abstract Company for Admission *Pro Hac Vice* of Joel L. Wohlgemuth, R. Jay Chandler, and Briana J. Ross was filed electronically. Service will be made by operation of the Court's electronic filing system.
In addition, the foregoing was mailed, with proper postage thereon, to:

Stephen P. Wallace
6528 East 101st Street,
D-1, Apt. #304
Tulsa, Oklahoma 74133

/s/ James P. Wehner
James P. Wehner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06-cv-01817-RBW |
| ) | |
| JAMES C. MILTON, *et al.* ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JOEL L. WOHLGEMUTH
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Joel L. Wohlgemuth, do hereby declare as follows:

1. My full name is Joel L. Wohlgemuth.

2. My business address and phone number are: 2900 Mid-Continent Tower, 401 South Boston Avenue, Tulsa, Oklahoma 74103; (918) 583-7571.

3. I am a member in good standing of the Oklahoma Bar Association.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I do not practice law in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have any application pending for membership.

I declare under penalty of perjury that the foregoing is true and correct.



Executed on ___January 26___, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES C. MILTON, *et al.* )<br>)<br>Defendants. ) | Case No. 1:06-cv-01817-RBW |

**DECLARATION OF R. JAY CHANDLER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*__**

I, R. Jay Chandler, do hereby declare as follows:

1. My full name is R. Jay Chandler.

2. My business address and phone number are: 2900 Mid-Continent Tower, 401 South Boston Avenue, Tulsa, Oklahoma 74103; (918) 583-7571.

3. I am a member in good standing of the Oklahoma Bar Association.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I do not practice law in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have any application pending for membership.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____January 26____, 2007    _____/s/ R. Jay Chandler_____

J:\Common\bjr\Guaranty Abstract (Wallace)\decl.rjc.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES C. MILTON, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:06-cv-01817-RBW<br>)<br>)<br>)<br>) |

**DECLARATION OF BRIANA J. ROSS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Briana J. Ross, do hereby declare as follows:

1. My full name is Briana Joy Ross.

2. My business address and phone number are: 2900 Mid-Continent Tower, 401 South Boston Avenue, Tulsa, Oklahoma 74103; (918) 583-7571.

3. I am a member in good standing of the Oklahoma Bar Association.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I do not practice law in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have any application pending for membership.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2007       */s/ Briana J. Ross*

J:\Common\bjr\Guaranty Abstract (Wallace)\decl.bjr.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06-cv-01817-RBW |
| ) | |
| JAMES C. MILTON, *et al.* ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

The Court has for its consideration the Motion for Admission *Pro Hac Vice* of Joel L. Wohlgemuth, R. Jay Chandler, and Briana J. Ross. Upon consideration of the Motion, it is hereby

**ORDERED** that Joel L. Wohlgemuth, R. Jay Chandler, and Briana J. Ross be admitted *pro hac vice* for the purpose of representing defendants, Jack Kirkpatrick and Guaranty Abstract Company, in the above-styled matter.

DATED this _____ day of January, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE