

Q 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Stephen P. Wallace, et al*

**SUMMONS IN A CIVIL CASE**

V.

*James Milton, et al*

CASE NUMBER  1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)

*James Milton*
*320 S. Boston #500*
*Tulsa, Ok 74103*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *pro se* (name and address)

*Stephen P. Wallace*
*4528 E. 101 st D-1 #304*
*Tulsa, Ok 74133*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 23 2006

CLERK                                          DATE

*Janette Stewart-Cureton*

(By) DEPUTY CLERK



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

**Track & Confirm**        **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 3030 0002 7329 0996**
Detailed Results:

- **Delivered, January 19, 2007, 2:41 pm, TULSA, OK 74119**
- **Notice Left, January 18, 2007, 5:33 pm, TULSA, OK 74119**
- **Arrival at Unit, January 18, 2007, 7:54 am, TULSA, OK 74103**
- **Acceptance, January 17, 2007, 3:46 pm, OKLAHOMA CITY, OK 73120**

( < Back )           ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*  James Milton
220 E. 20th Street
Tulsa, Ok 74119-5214

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

Postmark Here
VILLAGE PO
OKLAHOMA C
JAN 17 2007
73120 USPS

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0996

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002



**UNITED STATES POSTAL SERVICE®**

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 3030 0002 7329 0699**
Detailed Results:

- **Arrival at Unit, January 11, 2007, 7:49 am, TULSA, OK 74103**
- **Acceptance, January 10, 2007, 5:52 pm, OKLAHOMA CITY, OK 73120**

( < Back )

( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

### Track & Confirm by email    ( Go > )

Get current event information or updates for your item sent to you or others by email.

**POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**

Copyright © 1999–2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

### U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*  James Milton
320 S. Boston #520
Tulsa, OK 74103

**DELIVERY CONFIRMATION NUMBER:** 0306 3030 0002 7329 0699

VILLAGE BR Postmark OK
OKLAHOMA Here
JAN 10 2007
73120 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

1/25/2007



Home : People : Search Results

**Home | Business Search | People Search | Reverse Phone | Reverse Address | Area & ZIP/Postal Codes**

THE **FAST, EASY WAY** FOR EMPLOYERS TO FIND GREAT, LOCAL TALENT.

POST A JOB NOW!    

**Results:** 2 listings matching "James Milton, Tulsa, OK"

New search          Printable View          Modify search

Sort by: - Select - [ ] GO          Filter: All First Initials [ ] GO

Search the web for James Milton on Ask.com

THE **FAST, EASY WAY** FOR EMPLOYERS TO FIND GREAT, LOCAL TALENT.

Post a Job Now!

monster

**Milton, James C Atty**  more info
320 S Boston Ave, Ste 500
Tulsa, OK 74103-3725
(918) 582-1211

James Milton, More Info is Available
Background Records for James Milton
How to monitor your credit score

**Milton, James & Robin**  more info
220 E 20th St
Tulsa, OK 74119-5214
(918) 584-6765

James Milton, More Info is Available
Background Records for James Milton
How to monitor your credit score

Sort by: - Select - [ ] GO          Filter: All First Initials [ ] GO

powered by


WhitePages.com. All rights reserved.    Terms of service and use. Privacy Policy.
Copyright © 1996-2007 WhitePages.com. All rights reserved.

**Yellow Book**

**Advertise With Us | Company Info | Careers | Contact Us**

Browse Yellow Book | Browse Local Directories | Download Toolbar

Conditions Of Use - Site Map - Help    1-800-YB-YELLOW

©2005 Yellow Book USA, Inc. All rights reserved.