AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P. Wallace, et al

v.

James Milton, et al

**SUMMONS IN A CIVIL CASE** RBW

CASE NUMBER: 1:06 cv 1817

TO: (Name and address of Defendant)

CDSGI, LLC
Edward Kallay c/o Kallay Group
14002 E. 21st
Tulsa, Ok 74134

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

pro se

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN - 9 2007
DATE

T. Davis
(By) DEPUTY CLERK


UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 3030 0002 7329 0538**
Detailed Results:

- **Delivered, January 22, 2007, 10:33 am, TULSA, OK 74152**
- **Notice Left, January 13, 2007, 9:01 am, TULSA, OK 74152**
- **Arrival at Unit, January 11, 2007, 6:30 am, TULSA, OK 74134**
- **Acceptance, January 10, 2007, 5:57 pm, OKLAHOMA CITY, OK 73120**

Track & Confirm
Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0538

*Ed Kallay/Kallay Group/CDSG-I*
*1400 E. 21st*
*Tulsa, OK. 74134*
(Please Print Clearly)

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do           1/25/2007