AO 4 0 ( ev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stephen P Wallace, et al

V.

James Milton, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01817

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)

Jack Kirkpatrick
320 S. Boulder
Tulsa, Ok. 74103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen P. Wallace
6528 E. 101st D-1 #304
Tulsa, Ok. 74133

an answer to the complaint which is served on you with this summons, within _____ 2 0 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 2 3 2006

CLERK

Janetta Stewart-Clark
(By) DEPUTY CLERK                              DATE


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 3030 0002 7329 0651**
Detailed Results:

* **Arrival at Unit, January 11, 2007, 7:49 am, TULSA, OK 74103**
* **Acceptance, January 10, 2007, 5:47 pm, OKLAHOMA CITY, OK 73120**

( < Back )          ( Return to USPS.com Home > )

---

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**POSTAL INSPECTORS**
**Preserving the Trust**     site map     contact us     government services     jobs     **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

*Jack Kirkpatrick*
*320 S. Boulder*
*Tulsa, OK 74103*

DELIVERY CONFIRMATION NUMBER:
0306 3030 0002 7329 0651

VILLAGE BR
OKLAHOMA OK
Postmark Here
JAN 10 2007
73120 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[X] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
(See Reverse)

PS Form 152, May 2002



# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0306 3030 0002 7329 0989**
Detailed Results:

- **Delivered, January 18, 2007, 1:10 pm, TULSA, OK 74114**
- **Acceptance, January 17, 2007, 3:46 pm, OKLAHOMA CITY, OK 73120**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust
    site map    contact us    government services    jobs    **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

DELIVERY CONFIRMATION NUMBER: 0306 3030 0002 7329 0989

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly) Jack Kirkpatrick
2703 S. Birmingham Place
Tulsa, Ok. 74114-5604

Postmark Here
JAN 17 2007
VILLAGE 88 OKLAHOMA CIT

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

- [x] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

(See Reverse)

PS Form 152, May 2002

**Yellow Book**

Home : People : **Search Results**

**Home** | **Business Search** | **People Search** | **Reverse Phone** | **Reverse Address** | **Area & ZIP/Postal Codes**

**Results:** 3 listings matching "John Kirkpatrick, Tulsa, OK"

New search Printable View Modify search

Sort by: - Select - GO Filter: All First Initials GO

Monitor your credit

**Kirkpatrick, Jack** more info
*street address not available*
Tulsa, OK 74101-3048
(918) 782-9996

Jack Kirkpatrick, More Info is Available
Background Records for Jack Kirkpatrick
Find School Information on Jack Kirkpatrick

**Kirkpatrick, John C** more info
320 S Boulder Ave
Tulsa, OK 74103-3402
(918) 587-6621

John Kirkpatrick, More Info is Available
Background Records for John Kirkpatrick
Find School Information on John Kirkpatrick

**Kirkpatrick, John C** more info
2703 S Birmingham Pl
Tulsa, OK 74114-5604
(918) 747-9060

John Kirkpatrick, More Info is Available
Background Records for John Kirkpatrick
Find School Information on John Kirkpatrick

Sort by: - Select - GO Filter: All First Initials GO

powered by WhitePages.com

Copyright © 1996-2007 WhitePages.com. All rights reserved. Terms of service and use. Privacy Policy.

**Yellow Book**

Advertise With Us | Company Info | Careers | Contact Us

Browse Yellow Book | Browse Local Directories | Download Toolbar

©2005 Yellow Book USA, Inc. All rights reserved.

Conditions Of Use - Site Map - Help 1-800-YB-YELLOW