UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE )<br>)<br>        Plaintiff )<br>)<br>v. )<br>)<br>JAMES C. MILTON, et. al. )<br>)<br>        Defendants. )<br>) | Case No. 06-cv-01817 (RBW) |

**DEFENDANT DAVID FIST'S PARTIAL CONSENT MOTION
TO ENLARGE TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(m), Defendant David Fist hereby files this Partial Consent Motion to Enlarge Time to File Response to Amended Complaint. The grounds for this Motion are as follows:

1. On October 23, 2006, Plaintiff filed a document entitled "Respondent, Stephen P, Wallace's notice of removal and complaint [sic]" ("Complaint"). On January 8, 2007, and without leave of court, Plaintiff filed a document entitled "Amended Complaint," which names Mr. Fist as well as an additional six additional Defendants as parties to the case. Defendant Fist was served with the Amended Complaint on January 11, 2007. His response is currently due on or before January 31, 2007.

2. In response to the Complaint, Defendants Trust Company of Oklahoma and Ronald Saffa filed a Motion to Remand on November 9, 2006. This motion was pending before this Court at the time the Amended Complaint was filed. The Motion to Remand has not yet been ruled upon.

3.  Counsel for Defendant requests a brief extension of time in which to file a response to the Amended Complaint.

4.  No parties will be prejudiced by this brief extension. No scheduling order has been entered in this matter. As a result, the Court's granting the instant motion will not interfere with or otherwise delay the proceedings.

5.  Pursuant to Local Rule 7(m), the office of undersigned counsel attempted to contact the pro se plaintiff, Stephen J. Wallace, on January 29, 2007 and January 30, 2007 in order to obtain his consent to the relief requested herein. Mr. Wallace could not be reached to provide consent. The office of undersigned counsel contacted counsel for Defendants Trust Company of Oklahoma and Ronald J. Saffa on January 30, 2007. Counsel for these two Defendants consented to the relief requested.

WHEREFORE, for the foregoing reasons, as well as those more fully set forth in Defendant's attached Memorandum of Points and Authorities in Support of Defendant Fist's Motion to Enlarge Time to File Response to Amended Complaint, Defendant Fist respectfully requests that the Court grant this motion and provide Defendant up to and including February 28, 2007 to file a response to the Amended Complaint filed in this matter. A proposed Order is attached.

Dated: January 30, 2007            Respectfully submitted,

*Pamela A. Bresnahan*
Pamela A. Bresnahan (D.C. Bar No. 366735)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036
(202) 467-8800 (telephone)
(202) 467-8900 (facsimile)

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Local Civil Rule 5.4, I hereby certify that on this 30th day of January, 2007, a copy of the foregoing Defendant David Fist's Partial Consent Motion to Enlarge Time to Respond to Amended Complaint, Memorandum of Points and Authorities and proposed Order was filed electronically. Service of this filing to the parties listed below will be accomplished by first class mail, postage prepaid, to:

Stephen J. Wallace
6528 East 101 Street
D-1 Apartment 304
Tulsa, Oklahoma 74133

Service of this filing to the parties listed below, will be accomplished by operation of the Court's ECF system:

Jennifer L. Sarvadi, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane
Suite 700
Alexandria, Virginia  22314

*Pamela A. Bresnahan*
Pamela A. Bresnahan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JAMES C. MILTON, et. al. )<br>)<br>Defendants. )<br>) | Case No. 06-cv-01817 (RBW) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT DAVID FIST'S PARTIAL CONSENT MOTION
TO ENLARGE TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

Defendant submits this Memorandum of Points and Authorities in Support of his Partial Consent Motion to Enlarge Time to File Response to Plaintiff's Amended Complaint.

**I.   Background.**

An Amended Complaint in this matter was filed on January 8, 2007. Defendant David Fist was served with the Amended Complaint on January 11, 2007. A response to the Amended Complaint is currently due on or before January 31, 2007.

Counsel for Defendant Fist was retained to represent him in this matter only recently, on January 18, 2007. Defendant requests that, pursuant to Rule 6(a), this Court grant it a brief extension up to, and including February 28, 2007, to respond to the Amended Complaint. Counsel for Defendant is currently reviewing the Amended Complaint and requests additional time to prepare a response on behalf of Defendant Fist.

II. **Legal Argument.**

Federal Rule of Civil Procedure 6(b) provides that "[w]hen by these rules or by a notice given there under or by order of the court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order."

A Scheduling Order has not been issued in this matter. Additionally, a motion to remand was filed in this matter by other defendants named in the original Complaint and has not yet been ruled on. Consequently, the granting of this motion will not cause delay or prejudice to any party.

III. **Conclusion.**

For the foregoing reasons, Defendant David Fist respectfully requests that this Court grant his motion and enlarge the period of time permitted for it to file his Response to the Amended Complaint up to and including February 28, 2007.

Dated: January 30, 2007                Respectfully submitted,

*Pamela A. Bresnahan*
Pamela A. Bresnahan  (D.C. Bar No. 366735)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036
(202) 467-8800 (telephone)
(202) 467-8900 (facsimile)

Attorney for Defendant David Fist

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>JAMES C. MILTON, et. al. )<br>)<br>      Defendants. )<br>) | Case No. 06-cv-01817 (RBW) |

### ORDER

Upon consideration of Defendant David Fist's Partial Consent Motion to Enlarge Time to File Response to Amended Complaint, any opposition and reply thereto, the entire record, and for good cause shown, it is this \_\_\_\_ day of _____, 2007, ORDERED:

    1.    That Defendant's Partial Consent Motion to Enlarge Time to File Response to Amended Complaint, be and the same is hereby **GRANTED**; and

    2.    Defendant shall be allowed up to and including February 28, 2007, to file his response to the Amended Complaint.

_____
Judge Reggie B. Walton
U.S. District Court for the District of Columbia

Copies to:

Pamela A. Bresnahan, Esquire
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036

Stephen J. Wallace
6528 East 101 Street
D-1 Apartment 304
Tulsa, Oklahoma 74133

Jennifer L. Sarvadi, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314