UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:   Lorice T. Wallace Revocable Trust, et al, ) | |
| ) | |
| vs.                                         ) | **Case No. 1:06cv1817RBW** |
| Stephen P. Wallace, et al,                                ) | |
|             Respondents,                    ) | |
| ) | |
| vs.                                         ) | |
| James C. Milton, et al,                                   ) | |
|             Defendants on cross-claim, ) | |
| and                                                                 ) | |
| Brad Henry; W. A. Drew Edmondson; Kenneth L. ) | |
| Buettner; David Peterson; Ronald Shaffer; Reece ) | |
| Morrell; Edward Kallay; Kallay Group; ) | |
| C.D.S.G.I., LLC; Adam Adwon, G. Reuban ) | |
| Davis; William Grimm; Kenneth Crump; John ) | |
| Woolman; the Paul Mindeman Estate and ) | |
| Patrick Malloy III, and David Fist, ) | |
|             Additional Defendants.        ) | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of Record:

Enter my appearance in this case as counsel of record for Defendants Gregory Frizzel, W. A. Drew Edmondson, Brad Henry, Kenneth L. Buettner, David L. Peterson and Ronald Shaffer.

I certify that I am admitted to practice in this Court pursuant to LCvR83.2(f).

Respectfully submitted,

s/ Stephen J. Krise
**STEPHEN J. KRISE, OBA #17948**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N. E. 21st Street
Oklahoma City, Oklahoma  73105
Tele: (405) 521-4274   Fax: (405) 521-4518
Stephen_Krise@oag.state.ok.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2007, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System and served by U.S. Mail, postage prepaid, the following person who is not a ECF registrant:

Stephen P. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma   74133
Plaintiff *Pro Se*

                                          s/ Stephen J. Krise
                                          Stephen J. Krise