UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
STEPHEN P. WALLACE                   )
                                                    )
          Plaintiff,                            )
                                                    )        Case No. 1:06-cv-01817-RBW
          v.                                      )
                                                    )
JAMES C. MILTON, et al.,               )
                                                    )
          Defendants.                         )
_____)

**PATRICK J. MALLOY, III'S MOTION PURSUANT TO
FEDERAL RULE 6(b)(1) TO EXTEND THE DEADLINE TO
ANSWER OR OTHERWISE RESPOND TO THE AMENDED
COMPLAINT THROUGH AND INCLUDING FEBRUARY 9, 2007**

Patrick J. Malloy, III, ("Malloy" or "Trustee") the Chapter 7 Trustee of Stephen

P. Wallace's Oklahoma based chapter 7 bankruptcy estate, and a defendant added in this

action in the Amended Complaint, requests that this Court extend his deadline for filing

an answer or motion in this case for nine days, through and including February 9, 2007.

The Trustee needs the extension because he has only recently received Bankruptcy Court

approval to retain counsel in this action and counsel needs additional time to become

familiar with this case and the multitude of related litigation before it can appropriately

respond on behalf of the Trustee.  In support of his Motion Malloy respectfully states as

follows:

          1.          Stephen P. Wallace, the Plaintiff in this action, initiated this proceeding in

this Court on October 23, 3006 by filing what purported to be a Notice of Removal and

Complaint attempting to remove an Oklahoma state court action that was filed in 2002 to

this Court.  Malloy was not a defendant or party in the Oklahoma state court action, not was he named as a defendant in the Notice of Removal and Complaint.

2.     Malloy was added as a defendant in this case when Wallace filed an "Amended Complaint" listing Malloy as a defendant.

3.     Malloy's answer or other response to the Amended Complaint is due on January 31, 2007.

4.     As a chapter 7 Bankruptcy Trustee, Malloy is required by the Bankruptcy Code to seek Bankruptcy Court approval before he retains any type of professional for the estate, including special litigation counsel to handle the present litigation.  11 U.S.C. §327.

5.     Malloy's Application to Retain Special Litigation Counsel to represent him in this case was approved by Court order entered January 26, 2007, a copy of the Order is attached as Exhibit A.

6.     As a result, counsel for the Trustee has had very little time to become familiar with this case to be able to adequately file an answer or motion on behalf of the Trustee.

7.     Federal Rule 6(b)(1) permits this Court to extend a deadline if the request for an extension is made before the expiration of the original period and "cause" is shown.  This Motion is filed within the Trustee's original time period for responding to the Amended Complaint.

8.      In this case "cause" exists to extend the deadline for the Trustee to file a responsive pleading because he only recently received Bankruptcy Court approval to retain counsel to represent him in this case and because the requested extension is short. Giving the Trustee an additional 9 days to file an answer or otherwise respond to the Amended Complaint will not prejudice any party because a discovery schedule has not yet been entered by the Court and there is a Motion to Remand pending that will likely be decided before discovery can be undertaken by any party.

9.      This Court has previously held that where the extension will not "interfere with the fair and efficient administration of justice," and will not cause undue delay, granting a motion to extend the deadline for filing an answer is proper. *Day v. D.C. Dept. of Consumer and Regulatory Affairs*, 191 F.Supp.2d 154, 159-60 (D.D.C.,2002).  In *Day*, certain defendants sought an extension of the time to file an answer *nun pro tunc* because through inadvertence, they had not retained counsel until after the answer period expired. *Id.*  Because it was done through inadvertence and would not cause undue delay, the Court found that good cause existed to grant the requested extension.  *Id*.

10.      Here, the delay in retaining counsel was not through inadvertence, but resulted from the procedural requirements of the Bankruptcy Code and will not result in undue delay.

WHEREFORE, Patrick J. Malloy, III, chapter 7 Trustee and defendant, respectfully requests that this Court enter an order:

a.    extending the deadline for him to file an answer or otherwise respond to the Amended Complaint for 9 days, through and including February 9, 2007; and

b.    granting such other relief as this Court deems just and equitable.

Dated:  January 31, 2007                    Respectfully submitted,

/s/ Katherine M. Sutcliffe Becker
Marc E. Albert, #345181
Steven K. White, #367371
Katherine M. Sutcliffe Becker, #481398
STINSON MORRISON HECKER LLP
1150 18th Street, NW
Suite 800
Washington, D.C.  20036-3816
Tel:  (202) 785-9100
Fax:  (202) 785-9163

*Counsel for Patrick J. Malloy, III, Chapter 7 Trustee*

## Local Rule 7(m) Certification

I certify that on January 31, 2007 I spoke with Mr. Wallace by telephone in a good faith effort determine whether there is any opposition to the requested extension and Mr. Wallace stated that he would not consent to the requested extension because he believed that the Trustee had all of the information he needed to respond today.  Mr. Wallace opposes this Motion.

/s/ Katherine M. Sutcliffe Becker
Katherine M. Sutcliffe Becker

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of January, 2007, a true and correct copy of the foregoing was sent by first-class, postage-prepaid, U.S. mail to:

Stephen E. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133
*Pro Se*

Patricia Wallace Hastings
2934 E. 73rd Pl.
Tulsa, Oklahoma  74136

Joan Godlove, Esq.
2121 S. Columbia, Suite 500
Tulsa, OK 74114-3519

Jennifer L. Sarvadi, Esq.
LeClair Ryan, PC
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

Trevor Washington Swett, III, Esq.
CAPLIN & DRYSDALE
One Thomas Circle, NW
Washington, DC 20005

Pamela Anne Bresnahan, Esq.
VORYS, SATER, SEYMOUR AND PEASE LLP
1828 L Street, NW
Eleventh Floor
Washington, DC 20036-5109

　　　　　　　　/s/Katherine M. Sutcliffe Becker
　　　　　　　　Katherine M. Sutcliffe Becker

# **Exhibit A**

**Dee Herdt**

From:       <oknbcmecfmail@oknb.uscourts.gov>
To:         <oknb_notices@oknb.uscourts.gov>
Sent:       Friday, January 26, 2007 4:39 PM
Subject:    02-00073-M Order on Application to Employ

### U.S. Bankruptcy Court
### Northern District of Oklahoma
www.oknb.uscourts.gov
Clerk's Office: (918) 699-4000

Notice of Electronic Filing

The following transaction was received from J, Judy entered on 1/26/2007 at 4:39 PM CST and filed on 1/26/2007

**Case Name:**       Stephen Paul Wallace
**Case Number:**     02-00073-M
**Document Number:** 778

**Docket Text:**
Order Granting Application to Employ Marc E. Albert as Attorney for Trustee Patrick J. Malloy (Related Doc # [776]). The application is approved subject to the following: (1) This order is not a determination that the services are necessary; (2) No determination is made that the person or entity being employed does not represent an adverse interest; and (3) No fee agreement between the applicant and the person or entity being employed is binding on the Court. Movant is responsible for giving notice to parties in interest as required by rule or statute. BY THE COURT: Judge Terrence L. Michael. *This entry is the Official Order of the Court. No document is attached.* (J, Judy)

The following document(s) are associated with this transaction:

**02-00073-M Notice will be electronically mailed to:**

Mark A. Craige    mark@law-office.com, aashley@law-office.com

Kenneth E. Crump    ken.crump@cmw-law.com

William R. Grimm    grimm@barrowgrimm.com, halsell@barrowgrimm.com

James R. Hicks    jim@law-office.com, aalexander@law-office.com

Patrick J. Malloy    malloylawfirm@sbcglobal.net, pmalloy@ecf.epiqsystems.com

Patrick J. Malloy    d.herdt@tulsacoxmail.com, pmalloy@ecf.epiqsystems.com

Patrick J. Malloy    malloylawfirm@sbcglobal.net

Jame! s C Milton    jmilton@dsda.com, dsimpson@dsda.com

Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov

Kenneth Lee Peacher    peacherlaw@coxinet.net

**02-00073-M The following is the list of parties who are not on the list to receive e-mail notices for this case (who MAY therefore require manual noticing).**

Marc E. Albert
Stinso Morrison Hecker LLP
,

Wyn Dee Baker
U.S. Attorney's Office
3600 U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103

Gary Barnes
Barnes & Barnes
,

Internal Revenue Service
,

John R. Paul
Richards, Paul, Richards & Siegel
9 East 4th Street, Suite 400
Tulsa, OK 74103

James E. Poe
Covington & Poe
111 West 5th, Suite 740
Tulsa, OK 74103

Stephen Paul Wallace
6528 E. 101ST, D-1 #304
TULSA, OK 74133

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STEPHEN P. WALLACE                  )
                                    )
        Plaintiff,                  )
                                    )        Case No. 1:06-cv-01817-RBW
        v.                          )
                                    )
JAMES C. MILTON, et al.,            )
                                    )
        Defendants.                 )
_____)

### ORDER GRANTING PATRICK J. MALLOY, III'S MOTION PURSUANT TO FEDERAL RULE 6(b)(1) TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT THROUGH AND INCLUDING FEBRUARY 9, 2007

This matter came before the Court on Patrick J. Malloy, III's Motion Pursuant to Federal Rule 6(b)(1) to Extend the Deadline to Answer or Otherwise Respond to the Amended Complaint Through and Including February 9, 2007 ("Motion") and any opposition thereto. Upon consideration of the Motion and any opposition thereto, this Court finds that good cause exists to grant the relief requested and that it is hereby:

**ORDERED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the deadline for Patrick J. Malloy, III, is extended through and including February 9, 2007.

Dated:_____          _____
                                The Honorable Reggie B. Walton
                                United States District Court Judge

Copies to:

Stephen E. Wallace
6528 E. 101st Street, D-1 #304
Tulsa, Oklahoma  74133
*Pro Se*

Patricia Wallace Hastings
2934 E. 73rd Pl.
Tulsa, Oklahoma  74136

Joan Godlove, Esq.
2121 S. Columbia, Suite 500
Tulsa, OK 74114-3519

Jennifer L. Sarvadi, Esq.
LeClair Ryan, PC
225 Reinekers Lane, Suite 700
Alexandria, VA 22314

Marc E. Albert
Steven K. White
Katherine M. Sutcliffe Becker
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C.  20036