UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-cv-01817-RBW |
| JAMES C. MILTON, et al., | ) |
| Defendants. | ) |

### PATRICK J. MALLOY, III'S ("MALLOY") MOTION TO DISMISS UNDER FEDERAL RULE 12(b)(1)(2)(3)(5) AND (6)

Malloy is the duly appointed bankruptcy Trustee for the plaintiff in this matter, Stephen P. Wallace, a debtor in a Chapter 7 proceeding pending in the United States Bankruptcy Court for the Northern District of Oklahoma, Case No. 02-00073.  Malloy is a defendant added to this litigation by the Amended Complaint, and requests that this Court dismiss Malloy from this action because the Amended Complaint is deficient under five of the seven grounds set forth in Federal Rule 12(b).  In particular, the Amended Complaint should be dismissed because this Court does not have personal or subject-matter jurisdiction, venue is improper in this Court, it is improper for an Oklahoma State Court proceeding to be removed to a federal court in the District of Columbia, service of process by priority mail is improper, and Wallace has failed to state a claim upon which relief can be granted.

With this Motion, Malloy is filing a Memorandum in Support outlining the legal and factual basis for dismissal of the Amended Complaint.  For the reasons set forth in the Memorandum, Malloy requests that this Court dismiss the Amended Complaint.

WHEREFORE, Patrick J. Malloy, III, Chapter 7 Trustee and defendant, respectfully requests that this Court enter an order:

    a.    Dismissing the Amended Complaint with prejudice;

    b.    Awarding the Trustee legal fees and costs incurred in responding to the Amended Complaint as a sanction against Mr. Wallace; and

    c.    Granting such other relief as this Court deems just and equitable.

Dated: February 9, 2007

Respectfully submitted,

/s/ Katherine M. Sutcliffe Becker
Marc E. Albert, #345181
Steven K. White, #367371
Katherine M. Sutcliffe Becker, #481398
STINSON MORRISON HECKER LLP
1150 18th Street, NW
Suite 800
Washington, D.C. 20036-3816
Tel: (202) 785-9100
Fax: (202) 785-9163

*Counsel for Patrick J. Malloy, III, Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2007, a true and correct copy of the foregoing Motion, Memorandum and Proposed Order were sent, postage prepaid, by first-class, U.S. mail to:

>Stephen E. Wallace
>6528 E. 101st Street, D-1 #304
>Tulsa, Oklahoma  74133
>*Pro Se*
>
>Patricia Wallace Hastings
>2934 E. 73rd Pl.
>Tulsa, Oklahoma  74136
>
>Joan Godlove, Esq.
>2121 S. Columbia, Suite 500
>Tulsa, OK 74114-3519
>
>Jennifer L. Sarvadi, Esq.
>LeClair Ryan, PC
>225 Reinekers Lane, Suite 700
>Alexandria, VA 22314
>
>Trevor Washington Swett, III, Esq.
>CAPLIN & DRYSDALE
>One Thomas Circle, NW
>Washington, DC 20005
>
>Pamela Anne Bresnahan, Esq.
>VORYS, SATER, SEYMOUR AND PEASE LLP
>1828 L Street, NW
>Eleventh Floor
>Washington, DC 20036-5109

>             /s/Katherine M. Sutcliffe Becker
>             Katherine M. Sutcliffe Becker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN P. WALLACE,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JAMES C. MILTON, et al.,  )<br>)<br>Defendants.  )<br>_____) | Case No. 1:06-cv-01817-RBW |

**ORDER GRANTING PATRICK J. MALLOY, III'S ("MALLOY")
MOTION TO DISMISS UNDER FEDERAL RULE 12(b)(1)(2)(3)(5) AND (6)**

This matter came before the Court on Patrick J. Malloy, III's Motion to Dismiss Under Federal Rule 12(b)(1)(2)(3)(5) and (6) ("Motion") and Memorandum in support and any opposition thereto. Upon consideration of the Motion and Memorandum and any opposition thereto, this Court finds that good cause exists to grant the relief requested because this Court lacks personal and subject-matter jurisdiction, venue is improper, service of process was improper, and the Amended Complaint fails to state a claim upon which relief can be granted. Upon further consideration it is hereby:

**ORDERED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** as to Patrick J. Malloy, III.

Dated:_____                    _____
                                          The Honorable Reggie B. Walton
                                          United States District Court Judge

Copies to:

>Stephen E. Wallace
>6528 E. 101st Street, D-1 #304
>Tulsa, Oklahoma 74133
>*Pro Se*
>
>Patricia Wallace Hastings
>2934 E. 73rd Pl.
>Tulsa, Oklahoma 74136
>
>Joan Godlove, Esq.
>2121 S. Columbia, Suite 500
>Tulsa, OK 74114-3519
>
>Jennifer L. Sarvadi, Esq.
>LeClair Ryan, PC
>225 Reinekers Lane, Suite 700
>Alexandria, VA 22314
>
>Pamela Anne Bresnahan, Esq.
>VORYS, SATER, SEYMOUR AND PEASE LLP
>1828 L Street, NW
>Eleventh Floor
>Washington, DC 20036-5109
>
>Marc E. Albert
>Steven K. White
>Katherine M. Sutcliffe Becker
>Stinson Morrison Hecker LLP
>1150 18th Street, NW, Suite 800
>Washington, D.C. 20036